**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**



RECEIVED & FILED
99 SEP 30 PM 4: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ALEXIS M. HERMAN, Secretary of
Labor, US Department of Labor

   VS.

CIVIL NO. 96-2479(JAF)

HECTOR I. NIEVES TRANSPORT, INC.,
ET AL

---

### DESCRIPTION OF MOTION

**DATE FILED:** 9/24/99   **DOCKET #:** 31   **TITLE:** MOTION TO CORRECT ERROR IN TRIAL TRANSCRIPTS

[X] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

✓ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

_____

DATE: 9/29/99

JOSE A. FUSTE
U.S. DISTRICT JUDGE

5   c/c: Donna Khatson w/ copy of 31

32