UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ALEXIS M. HERMAN, Secretary of Labor, United States Department of Labor,

    Plaintiff,

v.

HECTOR I. NIEVES TRANSPORT, INC., a corporation; and HECTOR I. NIEVES RIVERA, individually and as President; and LUZ M. ROSENDO DE NIEVES, individually and as Secretary and Treasurer,

    Defendants.

Civil No. 96-2479 (JAF)

## **J U D G M E N T**

On the basis of the Findings of Fact, Conclusions of Law, and Order of Judgment subscribed by the court today, judgment is entered finding Defendants liable for unpaid minimum wage and overtime compensation in the amount of $418,358.32, plus an equal amount in liquidated damages, for a total of $836,716.64. This amount shall be remitted in a time schedule acceptable to Plaintiff.

We also **ORDER** Defendants to submit all necessary employment records to the appropriate authorities in the Department of Labor so that they can determine what additional minimum wage, overtime

Civil No. 96-2479 (JAF)                                              -2-

compensation, and liquidated damages, if any, are due to the truck drivers for the period after September 13, 1999 to the present.

Finally, judgment is entered **ENJOINING** Defendants from continued and future violations of sections 6, 7, 11(c), 15(a)(2), and 15(a)(5) of the Act.

San Juan, Puerto Rico, this 15th day of February, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)