Jane Snell Brunner, Esq.
Office of the Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York  10014
Tel. 212-337-2098
Brunner 0494

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO
------------------------------------
ELAINE L. CHAO, Secretary of Labor,   :
United States Department of Labor
                                      :
              Plaintiff,
                                      :
       v.
                                      :   Civil Action
HECTOR I. NIEVES TRANSPORT, INC.,
a Corporation; and HECTOR I. NIEVES   :
RIVERA, Individually and as President;    File No. 96-2479
and LUZ M. ROSENDO DE NIEVES,         :
Individually and as Secretary and                (JAF)
Treasurer,                            :

              Defendants              :
------------------------------------

## SUPPLEMENTAL JUDGMENT

In the original Judgment in the above matter, this Court ordered "Defendants to submit all necessary employment records to the appropriate authorities in the Department of Labor so that they can determine what additional minimum wage, overtime compensation, and liquidated damages, if any, are due to the truck drivers for the period September 13, 1999, to the present [February 15, 2000]."

The Court has now received a Motion from Plaintiff which seeks a Supplemental Judgment concerning such additional backwages and liquidated damages. Having reviewed the matter, it is therefore for cause shown:



ORDERED, ADJUDGED, AND DECREED that, in addition to the backwages and liquidated damages found due to truck drivers in this Court's February 15, 2000, Judgment, additional backwages in a total amount of $21,374.69, as specified in Appendix A (attached hereto and made a part hereof) plus an equal amount in liquidated damages are due to truck drivers for the period September 13, 1999, to February 15, 2000.

ORDERED, ADJUDGED, AND DECREED that the defendants are liable for such unpaid minimum wage and overtime compensation in the amount of $21,374.69, plus an equal amount in liquidated damages, for a total additional amount of $42,749.38.

ORDERED, ADJUDGED, AND DECREED that the defendants shall remit the total additional amount of $42,749.38 to Plaintiff.

DATED:

HONORABLE JOSE ANTONIO FUSTE
UNITED STATES DISTRICT JUDGE

May 21/01

**HECTOR I. NIEVES TRANSPORT, INC.**
San Juan, Puerto Rico

| Name | Week Ending | Wages | Hours | Rate/hr. | OT Hrs. Worked | MW Due/Wk. | Total MW Due | OT Due | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| Carrasquillo, Juan C. | 09/16/1999 | $ 324.25 | 81 | $ 4.00 | 41 | $ 1.15 | $ 93.15 | $ 105.58 | |
| Carrasquillo, Juan C. | 09/23/1999 | $ 184.75 | 81 | $ 2.28 | 41 | $ 2.87 | $ 232.40 | $ 105.58 | |
| Carrasquillo, Juan C. | 09/30/1999 | $ 340.75 | 81 | $ 4.21 | 41 | $ 0.94 | $ 76.40 | $ 105.58 | |
| Carrasquillo, Juan C. | 10/07/1999 | $ 301.75 | 81 | $ 3.73 | 41 | $ 1.42 | $ 115.40 | $ 105.58 | |
| Carrasquillo, Juan C. | 10/14/1999 | $ 541.75 | 81 | $ 6.69 | 41 | | $ - | $ 137.11 | |
| Carrasquillo, Juan C. | 10/21/1999 | $ 353.75 | 81 | $ 4.37 | 41 | $ 0.78 | $ 63.40 | $ 105.58 | |
| Carrasquillo, Juan C. | 10/28/1999 | $ 362.50 | 81 | $ 4.48 | 41 | $ 0.67 | $ 54.65 | $ 105.58 | |
| Carrasquillo, Juan C. | 11/04/1999 | $ 135.00 | 81 | $ 1.67 | 41 | $ 3.48 | $ 282.15 | $ 105.58 | |
| | | | | | | | $ 917.55 | $ 876.13 | $ 1,793.68 |
| Colon, Adam | 09/16/1999 | $ 226.75 | 64 | $ 3.54 | 24 | $ 1.61 | $ 102.85 | $ 61.80 | |
| Colon, Adam | 09/23/1999 | $ 358.00 | 64 | $ 5.59 | 24 | | $ - | $ 67.08 | |
| Colon, Adam | 09/30/1999 | $ 337.50 | 64 | $ 5.27 | 24 | | $ - | $ 63.24 | |
| Colon, Adam | 10/07/1999 | $ 371.25 | 64 | $ 5.80 | 24 | | $ - | $ 69.60 | |
| Colon, Adam | 10/14/1999 | $ 535.75 | 64 | $ 8.37 | 24 | | $ - | $ 100.44 | |
| Colon, Adam | 10/21/1999 | $ 301.75 | 64 | $ 4.71 | 24 | $ 0.44 | $ 27.85 | $ 61.80 | |
| Colon, Adam | 10/28/1999 | $ 464.00 | 64 | $ 7.25 | 24 | | $ - | $ 87.00 | |
| Colon, Adam | 11/04/1999 | $ 227.50 | 64 | $ 3.55 | 24 | $ 1.60 | $ 102.10 | $ 61.80 | |
| Colon, Adam | 11/11/1999 | $ 292.25 | 64 | $ 4.57 | 24 | $ 0.58 | $ 37.35 | $ 61.80 | |
| Colon, Adam | 11/18/1999 | $ 345.25 | 64 | $ 5.39 | 24 | | $ - | $ 64.68 | |
| Colon, Adam | 11/24/1999 | $ 425.75 | 64 | $ 6.65 | 24 | | $ - | $ 79.80 | |
| Colon, Adam | 12/02/1999 | $ 361.00 | 64 | $ 5.64 | 24 | | $ - | $ 67.68 | |
| Colon, Adam | 12/09/1999 | $ 251.00 | 64 | $ 3.92 | 24 | $ 1.23 | $ 78.60 | $ 61.80 | |
| Colon, Adam | 12/16/1999 | $ 465.50 | 64 | $ 7.27 | 24 | | $ - | $ 87.24 | |
| Colon, Adam | 12/23/1999 | $ 115.00 | 64 | $ 1.80 | 24 | $ 3.35 | $ 214.60 | $ 61.80 | |
| Colon, Adam | 12/30/1999 | $ 367.25 | 64 | $ 5.74 | 24 | | $ - | $ 68.88 | |
| Colon, Adam | 01/06/2000 | $ 228.00 | 64 | $ 3.56 | 24 | $ 1.59 | $ 101.60 | $ 61.80 | |
| Colon, Adam | 01/13/2000 | $ 238.00 | 64 | $ 3.72 | 24 | $ 1.43 | $ 91.60 | $ 61.80 | |
| | | | | | | | $ 756.55 | $ 1,250.04 | $ 2,006.59 |

APPENDIX A

| Name | Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|
| Colon, Jose | 12/16/1999 | $ 187.50 | 58 | $ 3.23 | 18 | $ 1.92 | $ 46.35 |
| Colon, Jose | 12/23/1999 | $ 187.50 | 58 | $ 3.23 | 18 | $ 1.92 | $ 46.35 |
| Colon, Jose | 12/30/1999 | $ 187.50 | 58 | $ 3.23 | 18 | $ 1.92 | $ 46.35 |
| Colon, Jose | 01/06/2000 | $ 211.50 | 58 | $ 3.65 | 18 | $ 1.50 | $ 46.35 |
| | | | | | | $ 421.28 | $ 185.40 | $ 606.68 |
| Fuentes, Carmelo | 11/11/1999 | $ 162.00 | 58 | $ 2.79 | 18 | $ 2.36 | $ 136.70 |
| Fuentes, Carmelo | 11/18/1999 | $ 301.75 | 58 | $ 5.20 | 18 | | $ - | $ 46.35 |
| Fuentes, Carmelo | 11/24/1999 | $ 206.25 | 58 | $ 3.56 | 18 | $ 1.59 | $ 92.45 | $ 46.35 |
| Fuentes, Carmelo | 12/02/1999 | $ 216.25 | 58 | $ 3.73 | 18 | $ 1.42 | $ 82.45 | $ 46.35 |
| Fuentes, Carmelo | 12/09/1999 | $ 153.78 | 58 | $ 2.65 | 18 | $ 2.50 | $ 144.92 | $ 46.35 |
| Fuentes, Carmelo | 12/16/1999 | $ 264.50 | 58 | $ 4.56 | 18 | $ 0.59 | $ 34.20 | $ 46.35 |
| Fuentes, Carmelo | 12/23/1999 | $ 231.25 | 58 | $ 3.99 | 18 | $ 1.16 | $ 67.45 | $ 46.35 |
| | | | | | | $ 558.17 | $ 324.45 | $ 882.62 |
| Ramos, Ivan | 12/02/1999 | $ 280.00 | 58 | $ 4.83 | 18 | $ 0.32 | $ 18.70 | $ 46.35 |
| Ramos, Ivan | 11/24/1999 | $ 285.00 | 58 | $ 4.91 | 18 | $ 0.24 | $ 13.70 | $ 46.35 |
| Ramos, Ivan | 11/18/1999 | $ 291.50 | 58 | $ 5.03 | 18 | $ 0.12 | $ 7.20 | $ 46.35 |
| Ramos, Ivan | 11/11/1999 | $ 313.00 | 58 | $ 5.40 | 18 | | $ - | $ 48.60 |
| | | | | | | $ 39.60 | $ 187.65 | $ 227.25 |
| Reyes, Heriberto | 09/16/1999 | $ 423.75 | 74 | $ 5.73 | 34 | $ 0.80 | $ 58.85 | $ 87.55 |
| Reyes, Heriberto | 09/23/1999 | $ 322.25 | 74 | $ 4.35 | 34 | | $ - | $ 87.55 |
| Reyes, Heriberto | 09/30/1999 | $ 456.75 | 74 | $ 6.17 | 34 | | $ - | $ 104.89 |
| Reyes, Heriberto | 10/07/1999 | $ 283.75 | 74 | $ 3.83 | 34 | $ 1.32 | $ 97.35 | $ 87.55 |
| Reyes, Heriberto | 10/14/1999 | $ 434.75 | 74 | $ 5.88 | 34 | | $ - | $ 99.96 |
| Reyes, Heriberto | 10/21/1999 | $ 422.50 | 74 | $ 5.71 | 34 | | $ - | $ 97.07 |
| Reyes, Heriberto | 10/28/1999 | $ 532.00 | 74 | $ 7.19 | 34 | | $ - | $ 122.23 |
| Reyes, Heriberto | 11/04/1999 | $ 572.25 | 74 | $ 7.73 | 34 | | $ - | $ 131.41 |
| Reyes, Heriberto | 11/11/1999 | $ 478.75 | 74 | $ 6.47 | 34 | | $ - | $ 109.99 |
| Reyes, Heriberto | 11/18/1999 | $ 314.25 | 74 | $ 4.25 | 34 | $ 0.91 | $ 67.34 | $ 87.55 |
| Reyes, Heriberto | 11/24/1999 | $ 366.75 | 74 | $ 4.96 | 34 | $ 0.19 | $ 14.35 | $ 87.55 |
| Reyes, Heriberto | 12/02/1999 | $ 207.50 | 74 | $ 2.80 | 34 | $ 2.35 | $ 173.60 | $ 87.55 |
| Reyes, Heriberto | 12/09/1999 | $ 382.50 | 74 | $ 5.17 | 34 | | $ - | $ 87.89 |

| Name | Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|
| Reyes, Heriberto | 12/16/1999 | $ 540.50 | 74 | $ 7.30 | 34 | $ - | $ 124.10 |
| Reyes, Heriberto | 12/23/1999 | $ 401.25 | 74 | $ 5.42 | 34 | $ - | $ 92.14 |
| Reyes, Heriberto | 12/30/1999 | $ 446.50 | 74 | $ 6.03 | 34 | $ - | $ 102.51 |
| Reyes, Heriberto | 01/06/2000 | $ 266.00 | 74 | $ 3.59 | 34 | $ 115.10 | $ 87.55 |
| Reyes, Heriberto | 01/13/2000 | $ 193.00 | 74 | $ 2.61 | 34 | $ 188.10 | $ 87.55 |
| | | | | | | $ 714.69 | $ 1,782.45 $ 2,497.14 |
| Reyes, Javier | 09/16/1999 | $ 555.00 | 67 | $ 8.28 | 27 | $ - | $ 111.78 |
| Reyes, Javier | 09/23/1999 | $ 247.50 | 67 | $ 3.69 | 27 | $ 97.55 | $ 69.53 |
| Reyes, Javier | 09/30/1999 | $ 299.00 | 67 | $ 4.46 | 27 | $ 46.05 | $ 69.53 |
| Reyes, Javier | 10/07/1999 | $ 223.25 | 67 | $ 3.33 | 27 | $ 121.80 | $ 69.53 |
| Reyes, Javier | 10/14/1999 | $ 476.75 | 67 | $ 7.12 | 27 | $ 1.82 | $ 96.12 |
| Reyes, Javier | 10/21/1999 | $ 353.75 | 67 | $ 5.28 | 27 | $ - | $ 71.28 |
| Reyes, Javier | 10/28/1999 | $ 476.25 | 67 | $ 7.11 | 27 | $ - | $ 95.99 |
| Reyes, Javier | 11/04/1999 | $ 553.50 | 67 | $ 8.26 | 27 | $ - | $ 111.51 |
| Reyes, Javier | 11/11/1999 | $ 341.00 | 67 | $ 5.09 | 27 | $ 4.05 | $ 69.53 |
| Reyes, Javier | 11/18/1999 | $ 312.75 | 67 | $ 4.67 | 27 | $ 0.48 | $ 69.53 |
| Reyes, Javier | 11/24/1999 | $ 308.00 | 67 | $ 4.60 | 27 | $ 0.55 | $ 69.53 |
| Reyes, Javier | 12/02/1999 | $ 266.25 | 67 | $ 3.97 | 27 | $ 37.05 | $ 69.53 |
| Reyes, Javier | 12/09/1999 | $ 328.25 | 67 | $ 4.90 | 27 | $ 1.18 | $ 78.80 |
| Reyes, Javier | 12/16/1999 | $ 258.75 | 67 | $ 3.86 | 27 | $ 0.25 | $ 16.80 |
| Reyes, Javier | 12/23/1999 | $ 313.75 | 67 | $ 4.68 | 27 | $ 1.29 | $ 86.30 |
| Reyes, Javier | 12/30/1999 | $ 278.50 | 67 | $ 4.16 | 27 | $ 0.47 | $ 31.30 |
| Reyes, Javier | 01/06/2000 | $ 228.50 | 67 | $ 3.41 | 27 | $ 0.99 | $ 66.55 |
| Reyes, Javier | 01/13/2000 | $ 137.50 | 67 | $ 2.05 | 27 | $ 1.74 | $ 116.55 |
| Reyes, Javier | 01/20/2000 | $ 193.00 | 67 | $ 2.88 | 27 | $ 3.10 | $ 207.55 |
| Reyes, Javier | 01/27/2000 | $ 367.00 | 67 | $ 5.48 | 27 | $ 2.27 | $ 152.05 |
| Reyes, Javier | 02/04/2000 | $ 291.00 | 67 | $ 4.34 | 27 | $ - | $ 54.05 |
| Reyes, Javier | 02/10/2000 | $ 480.50 | 67 | $ 7.17 | 27 | $ 0.81 | $ 73.98 |
| | | | | | | $ 1,148.75 | $ 1,700.34 $ 2,849.09 |
| Rosado, Efrain | 09/16/1999 | $ 269.75 | 72 | $ 3.75 | 32 | $ 1.40 | $ 82.40 |
| Rosado, Efrain | 09/23/1999 | $ 289.25 | 72 | $ 4.02 | 32 | $ 1.13 | $ 82.40 |
| Rosado, Efrain | 09/30/1999 | $ 225.00 | 72 | $ 3.13 | 32 | $ 2.03 | $ 82.40 |
| Rosado, Efrain | 10/07/1999 | $ 222.00 | 72 | $ 3.08 | 32 | $ 2.07 | $ 82.40 |

| Name | Date | Amount | Col1 | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|---|---|---|
| Rosado, Efrain | 10/14/1999 | $ 229.25 | 72 | $ 3.18 | 32 | $ 1.97 | $ 141.55 | $ 82.40 |
| Rosado, Efrain | 10/21/1999 | $ 364.50 | 72 | $ 5.06 | 32 | $ 0.09 | $ 6.30 | $ 82.40 |
| Rosado, Efrain | 10/28/1999 | $ 301.25 | 72 | $ 4.18 | 32 | $ 0.97 | $ 69.55 | $ 82.40 |
| Rosado, Efrain | 11/04/1999 | $ 253.50 | 72 | $ 3.52 | 32 | $ 1.63 | $ 117.30 | $ 82.40 |
| Rosado, Efrain | 11/11/1999 | $ 424.25 | 72 | $ 5.89 | 32 | | | $ 94.24 |
| Rosado, Efrain | 11/18/1999 | $ 284.50 | 72 | $ 3.95 | 32 | | | $ 82.40 |
| Rosado, Efrain | 11/24/1999 | $ 349.75 | 72 | $ 4.86 | 32 | $ 1.20 | $ 86.30 | $ 82.40 |
| Rosado, Efrain | 12/02/1999 | $ 198.75 | 72 | $ 2.76 | 32 | $ 0.29 | $ 21.05 | $ 82.40 |
| Rosado, Efrain | 12/09/1999 | $ 234.75 | 72 | $ 3.26 | 32 | $ 2.39 | $ 172.05 | $ 82.40 |
| Rosado, Efrain | 12/16/1999 | $ 457.75 | 72 | $ 6.36 | 32 | $ 1.89 | $ 136.05 | $ 101.76 |
| Rosado, Efrain | 12/23/1999 | $ 194.00 | 72 | $ 2.69 | 32 | $ 2.46 | $ 176.80 | $ 82.40 |
| Rosado, Efrain | 12/30/1999 | $ 203.25 | 72 | $ 2.82 | 32 | $ 2.33 | $ 167.55 | $ 82.40 |
| Rosado, Efrain | 01/06/2000 | $ 204.00 | 72 | $ 2.83 | 32 | $ 2.32 | $ 166.80 | $ 82.40 |
| Rosado, Efrain | 01/13/2000 | $ 220.00 | 72 | $ 3.06 | 32 | $ 2.09 | $ 150.80 | $ 82.40 |
| Rosado, Efrain | 01/20/2000 | $ 317.25 | 72 | $ 4.41 | 32 | $ 0.74 | $ 53.55 | $ 82.40 |
| Rosado, Efrain | 01/27/2000 | $ 404.75 | 72 | $ 5.62 | 32 | | | $ 89.92 |
| Rosado, Efrain | 02/04/2000 | $ 328.00 | 72 | $ 4.56 | 32 | $ 0.59 | $ 42.80 | $ 82.40 |
| Rosado, Efrain | 02/10/2000 | $ 234.75 | 72 | $ 3.26 | 32 | $ 1.89 | $ 136.05 | $ 82.40 |
| | | | | | | | $ 2,121.70 | $ 1,851.52 |
| Santos, Jose | 09/16/1999 | $ 325.00 | 71 | $ 4.58 | 31 | $ 0.57 | $ 40.65 | $ 79.83 |
| Santos, Jose | 09/23/1999 | $ 374.25 | 71 | $ 5.27 | 31 | | | $ 81.69 |
| Santos, Jose | 09/30/1999 | $ 373.00 | 71 | $ 5.25 | 31 | | | $ 81.38 |
| Santos, Jose | 10/07/1999 | $ 396.00 | 71 | $ 5.58 | 31 | | | $ 86.49 |
| Santos, Jose | 10/14/1999 | $ 585.00 | 71 | $ 8.24 | 31 | | | $ 127.72 |
| Santos, Jose | 10/21/1999 | $ 557.50 | 71 | $ 7.85 | 31 | | | $ 121.68 |
| Santos, Jose | 10/28/1999 | $ 459.00 | 71 | $ 6.46 | 31 | | | $ 100.13 |
| Santos, Jose | 11/04/1999 | $ 760.00 | 71 | $ 10.70 | 31 | | | $ 165.85 |
| Santos, Jose | 11/11/1999 | $ 518.00 | 71 | $ 7.30 | 31 | | | $ 113.15 |
| Santos, Jose | 11/18/1999 | $ 355.00 | 71 | $ 5.00 | 31 | $ 0.15 | $ 10.65 | $ 79.83 |
| Santos, Jose | 11/24/1999 | $ 445.25 | 71 | $ 6.27 | 31 | | | $ 97.19 |
| Santos, Jose | 12/02/1999 | $ 272.50 | 71 | $ 3.84 | 31 | $ 1.31 | $ 93.15 | $ 79.83 |
| Santos, Jose | 12/09/1999 | $ 325.25 | 71 | $ 4.58 | 31 | $ 0.57 | $ 40.40 | $ 79.83 |
| Santos, Jose | 12/16/1999 | $ 626.75 | 71 | $ 8.83 | 31 | | $ - | $ 136.87 |
| | | | | | | | | $ 3,973.22 |

| Name | Date | | | | | |
|---|---|---|---|---|---|---|
| Santos, Jose | 12/23/1999 | $ 448.00 | 71 | $ 6.31 | 31 | | $ 97.81 |
| Santos, Jose | 12/30/1999 | $ 544.25 | 71 | $ 7.67 | 31 | | $ 118.89 |
| Santos, Jose | 01/06/2000 | $ 226.00 | 71 | $ 3.18 | 31 | | $ 79.83 |
| Santos, Jose | 01/13/2000 | $ 139.50 | 71 | $ 1.96 | 31 | | $ 79.83 |
| Santos, Jose | 01/20/2000 | $ 307.50 | 71 | $ 4.33 | 31 | | $ 79.83 |
| Santos, Jose | 01/27/2000 | $ 607.00 | 71 | $ 8.55 | 31 | $ 0.82 | $ 58.15 | $ 132.53 |
| Santos, Jose | 02/04/2000 | $ 378.50 | 71 | $ 5.33 | 31 | | $ 82.62 |
| Santos, Jose | 02/10/2000 | $ 694.00 | 71 | $ 9.77 | 31 | | $ 151.44 |
| | | | | | | $ 608.80 | $ 2,254.22 | $ 2,863.02 |
| Torres, Miguel | 09/16/1999 | $ 371.25 | 80 | $ 4.64 | 40 | $ 0.51 | $ 40.75 | $ 103.00 |
| Torres, Miguel | 09/23/1999 | $ 368.00 | 80 | $ 4.60 | 40 | $ 0.55 | $ 44.00 | $ 103.00 |
| Torres, Miguel | 09/30/1999 | $ 366.75 | 80 | $ 4.58 | 40 | $ 0.57 | $ 45.25 | $ 103.00 |
| Torres, Miguel | 10/07/1999 | $ 230.00 | 80 | $ 2.88 | 40 | $ 2.28 | $ 182.00 | $ 103.00 |
| Torres, Miguel | 10/14/1999 | $ 638.00 | 80 | $ 7.98 | 40 | | | $ 159.60 |
| Torres, Miguel | 10/21/1999 | $ 433.75 | 80 | $ 5.42 | 40 | | | $ 103.00 |
| Torres, Miguel | 10/28/1999 | $ 411.25 | 80 | $ 5.14 | 40 | $ 0.01 | $ 0.75 | $ 103.00 |
| Torres, Miguel | 11/04/1999 | $ 299.25 | 80 | $ 3.74 | 40 | $ 1.41 | $ 112.75 | $ 103.00 |
| Torres, Miguel | 11/11/1999 | $ 305.00 | 80 | $ 3.81 | 40 | $ 1.34 | $ 107.00 | $ 103.00 |
| Torres, Miguel | 11/18/1999 | $ 436.50 | 80 | $ 5.46 | 40 | | | $ 109.20 |
| Torres, Miguel | 11/24/1999 | $ 361.50 | 80 | $ 4.52 | 40 | $ 0.63 | $ 50.50 | $ 103.00 |
| Torres, Miguel | 12/02/1999 | $ 419.25 | 80 | $ 5.24 | 40 | | | $ 104.80 |
| Torres, Miguel | 12/09/1999 | $ 393.50 | 80 | $ 4.92 | 40 | $ 0.23 | $ 18.50 | $ 103.00 |
| Torres, Miguel | 12/16/1999 | $ 614.25 | 80 | $ 7.68 | 40 | | | $ 153.60 |
| Torres, Miguel | 12/23/1999 | $ 329.25 | 80 | $ 4.12 | 40 | $ 1.03 | $ 82.75 | $ 103.00 |
| Torres, Miguel | 12/30/1999 | $ 451.75 | 80 | $ 5.65 | 40 | | | $ 113.00 |
| Torres, Miguel | 01/06/2000 | $ 217.50 | 80 | $ 2.72 | 40 | $ 2.43 | $ 194.50 | $ 103.00 |
| Torres, Miguel | 01/13/2000 | $ 239.00 | 80 | $ 2.99 | 40 | $ 2.16 | $ 173.00 | $ 103.00 |
| Torres, Miguel | 01/20/2000 | $ 339.25 | 80 | $ 4.24 | 40 | $ 0.91 | $ 72.75 | $ 103.00 |
| Torres, Miguel | 01/27/2000 | $ 438.00 | 80 | $ 5.48 | 40 | | | $ 109.60 |
| Torres, Miguel | 02/04/2000 | $ 299.50 | 80 | $ 3.74 | 40 | $ 1.41 | $ 112.50 | $ 103.00 |
| Torres, Miguel | 02/10/2000 | $ 574.00 | 80 | $ 7.18 | 40 | | | $ 143.60 |
| | | | | | | $ 1,237.00 | $ 2,438.40 |
| | | $ 8,524.09 | | | | | $ 12,850.60 | $ 21,374.69 |
| | | | | | | | | $ 3,675.40 |